Law Offices of Todd M. Friedman, P.C.
Todd M. Friedman (216752)
Adrian R. Bacon (280332)
21550 Oxnard St., #780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TWONESHA JOHNSON-HENDRICKS**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**COMPANDSAVE.COM INC.**, and DOES 1 through 10, inclusive, and each of them, <br><br>Defendant. | Case No. 2:17-cv-02226-MCE-GGH<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Although this case was filed as a class action, no class has been certified, and court approval of this voluntary dismissal is therefore not required under Rule 23(a) of the Federal Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this 4th day of December, 2017.

By:   s/Todd M. Friedman

Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Filed electronically on this 4th day of December, 2017, with:

**United States District Court CM/ECF system**

And hereby served upon all parties

Notification sent on this 17th day of June, 2016, via the ECF system to:

Honorable Morrison C. England, Jr.
United States District Court
Eastern District of California

And mailed to:

Zachary C. Frampton
ReedSmith LLP
355 South Grand Avenue, Suite 2800
Los Angeles, CA 90071

This 4th day of December, 2017.
By: s/Todd M. Friedman
    Todd M. Friedman